1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10

11  DAVID PERRYMAN,                      Case No.: 25cv2072-TWR (BLM)
    CDCR #AB-1204,
12                                       **ORDER GRANTING PLAINTIFF'S**
                          Plaintiff,     **MOTIONS TO CONTINUE**
13                                       **SUBMISSION OF APPEAL**
                  vs.
14
                                         (ECF Nos. 11–12)
15
    CALIFORNIA DEPARTMENT OF
16  CORRECTIONS AND
    REHABILITATION; DR. BLAISDELL;
17  JOHN DOE Secretary; JOHN DOE
    Warden; HODGES, Chief Medical Officer;
18  ROBERTS Chief Medical Executive; THE
    ENTIRE ADA COMMITTEE,
19
                          Defendants.
20
21
22

23          Presently before the Court are Plaintiff David Perryman's Motions to Continue
24  Submission of Appeal.  (*See* ECF Nos. 11–12 ("Motions").)  Under Federal Rule of
25  Appellate Procedure Rule 4(a)(1)(A), "[i]n a civil case, except as provided in Rules
26  4(a)(1)(B), 4(a)(4), and 4(c), the notice of appeal required by Rule 3 must be filed with the
27  district clerk within 30 days after entry of the judgment or order appealed from."  However,
28  under Rule 4(a)(5)(A), "[t]he district court may extend the time to file a notice of appeal

                                        1

if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) . . . that party shows excusable neglect or good cause."

As to timeliness, the Court denied Plaintiff's Motion for Reconsideration on November 24, 2025; therefore, under Rule 4(a)(4)(A), the time to file an appeal runs from November 24, 2025.[1]  Under Rule 4(a)(1)(A), Plaintiff's deadline for filing an appeal was December 24, 2025.  Plaintiff filed his Motions to Continue Submission of Appeal on December 11, 2025, and December 22, 2025.  (*See* Motions.)  Because Plaintiff filed his Motions within the time for filing an appeal under Rule 4, his request for a continuance is timely.

As to good cause, Plaintiff requests a continuance based on the difficulties of filing an appeal because of his health conditions and status as a prisoner.  (*See* ECF No. 11 at 3–4.)  Good cause appearing, the Court **GRANTS** Plaintiff's Motions to Continue Submission of Appeal.  Under Rule 4(a)(5)(C), no extension "may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later."  Because 30 days after the prescribed time under Rule 4 is later, the Court extends Plaintiff's time to submit an appeal to **<u>January 23, 2026</u>**.  If Plaintiff wishes to proceed with an appeal, he may file a Notice of Appeal,[2] with the Clerk's Office of the Southern District of California District Court by **<u>January 23, 2026</u>**.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1]     Under Rule 4(a)(4)(A), if a party files a motion to alter or amend a judgment under Rule 59, the time to file an appeal runs from the entry of the order disposing of such motion.  "[A] motion requesting reconsideration of a matter previously decided may be construed as a motion to alter or amend judgment under Rule 59(e)."  *Schwartzmiller v. Rodriguez*, No. 317CV00538JAHPCL, 2017 WL 5194581, at *1 (S.D. Cal. Nov. 8, 2017).

[2]     *See* https://www.casd.uscourts.gov/assets/pdf/forms/Notice%20of%20Appeal%20Civil.pdf.

**IT IS SO ORDERED.**

Dated:  January 5, 2026

_____
Honorable Todd W. Robinson
United States District Judge